

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00737-CV

**IN THE MATTER OF THE ESTATE OF** Elaine Eisele **ADAMS**, Deceased

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14997
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees Kara Armes and Justin Seitz recover their costs of this appeal against appellant Duane Allen Adams.

SIGNED July 17, 2019.

_____
Irene Rios, Justice